UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MediaCap Partners, LLC,

                              Plaintiff,

                                                                          25-cv-7129 (LJL)

            -v-

                                                                          ORDER

Screenvision Direct, Inc.,

                              Defendant.

-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/15/2025
```

LEWIS J. LIMAN, United States District Judge:

On December 10, 2025, Defendant Screenvision Direct filed a motion to stay discovery and adjourn the initial pretrial conference scheduled for December 18, 2025.  Dkt. No. 24. Plaintiff opposed the motion on December 12, 2025.  Dkt. No. 26.  Defendant's motion to adjourn the conference is denied; the Court takes the motion to stay discovery under advisement. The parties may argue the motion and any opposition at the scheduled conference.  The conference will take place on Microsoft Teams.  The parties shall be granted instructions for access via email.  The Clerk of Court is respectfully requested to close Dkt. No. 24.

        SO ORDERED.

Dated: December 15, 2025
       New York, New York
                                                   _____
                                                            LEWIS J. LIMAN
                                                        United States District Judge