USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/02/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                         :

MEDIACAP PARTNERS, LLC,           :

                       Plaintiff,    :

                               :          25-cv-7129 (LJL)

      -v-                   :

                               :            ORDER

SCREENVISION DIRECT, INC.,    :

                     Defendant.  :

                               :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court will hear oral argument on the Motion to Dismiss the Amended Complaint,

Dkt. No. 22, on April 14, 2026 at 10:30 a.m. in Courtroom 15C, 500 Pearl Street.  Each party

will have twenty minutes of oral argument time.

      SO ORDERED.

Dated: April 2, 2026
      New York, New York                  _____
                                             LEWIS J. LIMAN
                                  United States District Judge