KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
_____
(202) 326-7900
FACSIMILE:
(202) 326-7999

May 12, 2026

*Via ECF*

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *MediaCap Partners, LLC v. Screenvision Direct, Inc.*, No. 1:25-cv-07129-LJL
(S.D.N.Y.) – Update on Sealing of Screenvision's Counterclaims and Answer

Dear Judge Liman:

On November 6, 2024, Defendant Screenvision Direct, Inc. ("Screenvision") provisionally filed under seal its Counterclaims, Answer, and the attached exhibits, so it could confer with Plaintiff MediaCap Partners, LLC ("MediaCap") about whether MediaCap believes continued sealing is necessary. *See* Dkt. Nos. 41 & 42. Pursuant to the Court's Procedure for Sealed or Redacted Filings Regarding Confidential Information of Another Party, Screenvision writes to inform the Court that MediaCap will not seek to redact or seal these documents. Accordingly, Screenvision's Counterclaims, Answer, and the attached exhibits, Dkt. Nos. 42 & 42-1 – 42-7, may be fully unsealed.

Respectfully submitted,

The Clerk of Court is respectfully requested to unseal Screenvision's Counterclaims, Answer, and the attached exhibits at Dkt. No. 42. The Clerk of Court is further respectfully requested to close the motion at Dkt. No. 41.
Date: May 12, 2026

/s/ *Aaseesh P. Polavarapu*
Kevin B. Huff (KH9284)
Aaseesh P. Polavarapu
(admitted *pro hac vice*)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
khuff@kellogghansen.com
apolavarapu@kellogghansen.com

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

*Attorneys for Screenvision Direct, Inc.*